# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**SPRING SIDERS**                                                                                               **PLAINTIFF**

**VS.**                                      **CIVIL ACTION NO.: 3:22-CV-00614-DPJ-FKB**

**CITY OF BRANDON, MISSISSIPPI**                                            **DEFENDANT**

## DEFENDANT THE CITY OF BRANDON'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

Plaintiff Spring Siders' lawsuit should be dismissed on the pleadings or, alternatively, on summary judgment. The contemporaneously filed memorandum in support explains in detail the grounds for dismissal, specifically that there was no constitutional violation. The memorandum cites to exhibits that are already before this Court on Siders' pending motion for a preliminary injunction.

For the reasons articulated in the memorandum, an order of dismissal and final judgment should issue.

Dated: November 9, 2022.

                                                           Respectfully submitted,
                                                           **PHELPS DUNBAR, LLP**

                                   BY:   */s/ G. Todd Butler*
                                                       G. Todd Butler, MSB #102907
                                                       Mallory K. Bland, MSB #105665
                                                       4270 I-55 North
                                                       Jackson, Mississippi 39211-6391
                                                       Post Office Box 16114
                                                       Jackson, Mississippi  39236-6114
                                                       Telephone: 601-352-2300
                                                       Telecopier: 601-360-9777
                                                       Email: butlert@phelps.com
                                                       Email: blandm@phelps.com
                                                       **ATTORNEYS FOR DEFENDANT THE CITY OF BRANDON**

## CERTIFICATE OF SERVICE

I certify on this day I had the foregoing MOTION filed with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

This the 9th day of November, 2022.

                                            */s/ G. Todd Butler*
                                            G. Todd Butler