# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

October 23, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-60381    Siders v. City of Brandon  
                     USDC No. 3:22-CV-614

The court has granted an extension of time to and including December 4, 2023, for filing appellee's brief in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Whitney M. Jett, Deputy Clerk  
                              504-310-7772

Ms. Mallory Kaye Bland  
Mr. Gregory Todd Butler  
Mr. Arthur S. Johnston III  
Mr. Nathan W. Kellum