UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| SPRING SIDERS, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF BRANDON, MISSISSIPPI; <br><br> Defendant. | CIVIL ACTION NO: <br> 3:22-CV-00614-DPJ-FKB |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff Spring Siders (Siders), pursuant to Fed. R. Civ. P. 15, and moves this Court for leave to file First Amended Complaint. Siders proposes an amended complaint attached as Exhibit "A." She seeks to add a claim for the violation of her free exercise of religion and allegations relating to this claim and existing claims. This motion for leave is merited for reasons articulated in the contemporaneously filed memorandum.

Respectfully submitted,

*/s/Nathan W. Kellum*
NATHAN W. KELLUM
MS BAR # 8813; TN BAR #13482
FIRST LIBERTY INSTITUTE
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
(901) 684-5485
nkellum@firstliberty.org

TIFFANY D. DUNKIN, *pro hac vice*
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy, Suite 1600
Plano, TX 75075
(972) 941-4444
tdunkin@firstliberty.org

Attorneys for Plaintiff Spring Siders

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2025, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/*Nathan W. Kellum*
NATHAN W. KELLUM
Attorney for Plaintiff Spring Siders