**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

|  |  |
|---|---|
| GABRIEL OLIVIER,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>CITY OF BRANDON, MISSISSIPPI;<br><br>　　　　*Defendant*. | Civil Action No. 3:21-cv-636-HTW-LGI |

## <u>ORDER</u>

In considerations of Plaintiff's unopposed motion to consolidate and pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 42, it is hereby

ORDERED that this case be consolidated with *Siders v. City of Brandon*, Civil Action No. 3:22-cv-614-DPJ-ASH for all purposes.  It is further

ORDERED that all future filings in the consolidated case be filed in the lead docket, 3:21-cv-636-HTW-LGI.  It is SO ORDERED.

This the 29th day of July, 2026.

/s/HENRY T. WINGATE
U.S. District Judge Henry T. Wingate